UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

**FILED VIA MAIL**
JACKSONVILLE, FLORIDA

JUN 1 6 2014

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 3: 09-bk-06604-jaf |
| Inocenio Ortiz | ) | Judge: Jerry A. Funk |
| Susan Ortiz | ) | |
| Debtor(s) | ) | |
| | ) | |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Alliance Research & Recovery, Inc., attorney-in-fact for Susan Ortiz, Claimant, hereby petitions the Court for $1,365.41, which is one-half (1/2) of the sum of all monies being held on deposit (which is $2,730.82) in the Registry of the United States Bankruptcy Court, as unclaimed funds, which are due to Susan Ortiz.

The debtor has a right to said unclaimed funds due to the following reason: the original dividend check was sent to 10275 Old St. Augustine Road, Apt. 1004 in Jacksonville, Florida, which was not a valid address.

The debtor's current contact information is the following:

Susan Ortiz
7816 Southside Blvd., #102
Jacksonville, FL 32256
Phone Number: (904) 881-1920
Last 4 Digits of SSN/TIN: 1991

Alliance Research & Recovery, Inc. now seeks to recover the unclaimed funds from the Court's Registry. Accordingly, Alliance Research & Recovery, Inc. requests that the Court order that a check in the amount of $1,365.41 made payable to Susan Ortiz, c/o Alliance Research & Recovery, Inc., 784 Morris Turnpike, Suite 104, Short Hills, NJ 07078, be issued from the Court's Registry.

Dated: June _11_, 2014

_____
Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

State of _New York_

County of _ny_

Before me on _11th June_, 2014, _Brian Kornreich_ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____

My Commission Expires: _____

NOTARY SEAL

DIANNE M. BROWN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
REG. #01BR6178968
MY COMM. EXPIRES _12/11/16_

## AFFIDAVIT OF ALLIANCE RESEARCH & RECOVERY, INC.

I, Brian Kornreich, Managing Director of Alliance Research & Recovery, Inc., hereby state as follows:

1) I have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application.

2) I have made all reasonable efforts required to believe to the best of my knowledge that Susan Ortiz is legally entitled to the unclaimed monies referenced in this application.

3) To the best of my knowledge and belief, I am familiar with the State of Florida requirements associated with personal representation of individuals and corporations through acting in the capacity of Attorney-in-Fact.

Dated: June _11_, 2014

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

## CERTIFICATE OF SERVICE

Notice is hereby given that a copy of the Application for the Release of the Unclaimed Funds was served on the U.S. Attorney in compliance with 28 U.S.C. 2042 at the following address:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Dated: June _11_, 2014

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 3: 09-bk-06604-jaf |
| Inocenio Ortiz | ) | Judge:  Jerry A. Funk |
| Susan Ortiz | ) | |
| Debtor(s) | ) | |
| | ) | |

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Alliance Research & Recovery, Inc., attorney-in-fact for Susan Ortiz for release of funds being held in the Court's registry account of unclaimed funds.  Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for the release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of the Court shall pay the unclaimed funds in the amount of $1,365.41 to the order of:

> Susan Ortiz
> c/o Alliance Research & Recovery, Inc.
> 784 Morris Turnpike, Suite 104
> Short Hills, NJ 07078

Dated: _____

_____
Honorable Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 3: 09-bk-06604-jaf |
| Inocenio Ortiz | ) | |
| Susan Ortiz | ) | |
| | ) | |
| | ) | AUTHORITY TO ACT |
| Debtor(s) | ) | Limited Power of Attorney |
| | ) | **Limited to One Transaction Only** |

Susan Ortiz ("Client") appoints Alliance Research & Recovery, Inc. ("Alliance") as her lawful attorney in fact **for the sole purpose of recovering unclaimed funds held on Client's behalf by the United States Bankruptcy Court, Middle District of Florida in the amount of $1,365.41 (which is one-half of the total amount of $2,730.82) in connection with the bankruptcy proceedings under the above-referenced case.**

Client grants Alliance the authority to do all things reasonably necessary to recover the unclaimed funds due to Client. Such acts shall include but are not limited to: engaging in verbal or written communication with the holder of the funds; executing and filing all documents necessary to facilitate the payment of the unclaimed funds; and receiving possession of and depositing the check payable to Client for distribution of the unclaimed funds to Client, less the fee payable to Alliance pursuant to and in accordance with its agreement with Client.

Alliance may not make any expenditure or incur any costs on behalf of Client.

This Authority to Act shall become effective as of the date below and shall expire upon the collection of the above-referenced unclaimed funds.

Signed this _30_ day of _May_, 2014

_Susan Ortiz_
Susan Ortiz

---

State of _Florida_
County of _Duval_

Before me on ___30th May___, 2014, _Susan Ortiz_ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____
My Commission Expires: _____

NOTARY SEAL

APRIL L. SMITH
Notary Public - State of Florida
My Comm. Expires Feb 5, 2018
Commission # FF 090320
Bonded Through National Notary Assn.



# ALLIANCE RESEARCH & RECOVERY, INC.

784 Morris Turnpike, Suite 104 • Short Hills, New Jersey 07078
Phone 973.422.0225 • Facsimile 973.422.0445
Email: bkornreich@alliancerecoveries.com

June 11, 2014

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT

JUN 1 6 2014

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VIA FIRST CLASS MAIL**
United States Bankruptcy Court
Middle District of Florida
Att: Financial Administrator
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re: <u>Application for the Release of Unclaimed Funds</u>

Dear Sir or Madam,

Attached please find the application to the U.S. Bankruptcy Court, Middle District of Florida for the release of the unclaimed monies due to Susan Ortiz in the aggregate amount of $1,365.41 (which is one-half of the total amount of $2,730.82) in connection with the bankruptcy under the Case No. 3: 09-bk-06604-jaf.

If you have any questions or require any further information, please contact me at (973) 422-0225.

Thank you for your assistance with this matter.

Very truly yours,

Brian Kornreich
Managing Director