[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  
  
Inocencio Ortiz Jr.

Susan L Ortiz  
aka Susan Lynn Ortiz  
aka Susan Ortiz  
_____Debtor*_____ /

Case No. 3:09-bk-06604-JAF  
Chapter 13

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on June 16, 2014, by Alliance Research & Recovery, Inc. on behalf of Susan Ortiz. Having verified that the sum of $1,365.41 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 1,365.41 to:

Susan Ortiz  
c/o Alliance Research & Recovery, Inc.  
784 Morris Turnpike, Suite 104  
Short Hills, NJ 07078

Dated: June 30, 2014

Jerry A. Funk  
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.